BEFORE THE THIRD DIVISION, APRIL 12, 1940

**No. 43478.**—Protest 963281–G of Siegfried Lowenthal Co. (Cleveland).

Opinion by KEEFE, J. In view of the confused state of the record and the lack of proof required to establish that duty was not assessed on the whisky in question in its condition and quantity at the time of withdrawal, the protest was overruled.

**No. 43479.**—Protest 977626–G of Deacon Murphy (Portland, Me.).

Opinion by KEEFE, J. The appeal was not filed within 30 days after the original appraisement in accordance with article 423, Customs Regulations of 1937. The protest was therefore dismissed.

**No. 43480.**—Protests 1448–K, etc., of Hiram Walker & Sons (San Francisco).

Opinion by KEEFE, J. On the record presented the protests were overruled.

BEFORE THE SECOND DIVISION, APRIL 15, 1940

**No. 43481.**—Protests 179976–G, etc., of Gimbel Bros., Inc. (New York).

Opinion by TILSON, J. Embroidered flouncings and trimmings and filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43482.**—Protest 225242–G of Geo. M. Boutross (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) the filet lace articles in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43483.**—Protest 388753–G of Richard Shipping Corp. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43484.**—Protests 19182–K, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Selsi* v. *United States* (2 Cust. Ct. 300, C. D. 147) aneroid barometers and parts were held dutiable at 27½ percent under paragraph 372 as claimed.